# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE: <br><br> MUHAMMAD NASIR SIDDIQI <br><br> DEBTOR | CASE NO. 19-42834 <br> CHAPTER 7 |
| MARK A. WEISBART, <br> CHAPTER 7 TRUSTEE <br><br> PLAINTIFF <br> v. <br><br> JAMELA SIDDIQI <br><br> DEFENDANT | ADVERSARY NO. 20-04037 |

## ORDER GRANTING THIRD MOTION TO EXTEND DISCOVERY AND RELATED DEADLINES

ON this day came on for hearing the Third Motion to Extend Discovery and Related Deadlines and, the Court finds the Motion should be approved as set forth herein. It is hereby

ORDERED that the deadline for discovery under the Court's management conference order is extended to and including April 1, 2021; it is further

ORDERED that the dispositive motion deadline is extended to and including April 19, 2021; it is further

ORDERED that the deadline to designate experts is extended to and including March 15, 2021.

IT IS SO ORDERED.

Signed on 2/25/2021

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM
AND SUBSTANCE:

| /s/ Mark A. Weisbart | /s/ Herman A. Lusky |
|---|---|
| Mark A. Weisbart | Herman A. Lusky |
| Texas Bar No. 21102650 | Texas Bar No. 12702000 |
| The Law Office of Mark A. Weisbart | LUSKY & ASSOCIATES, P.C. |
| 12770 Coit Road, Suite 541 | 5473 Blair Rd |
| Dallas, TX 75251 | Dallas, TX 75231 |
| (972) 628-4903 Phone | (972) 386-3900 Phone |
| mark@weisbartlaw.net | herman@lusky.com |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |